IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


WILLIE CHARLES FORD, JR.,

       Plaintiff,

v.                                           4:11cv514-WS

OFF. TODD LUSSIER, et al.,

       Defendants.

_____

### ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed November 28, 2011.  See Doc. 8.  The magistrate judge recommends that this action be transferred to the Middle District of Florida.  The plaintiff has responded (doc. 9) by filing a motion to transfer (doc. 9).

The court having reviewed the matter, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motion (doc. 9) to transfer the case to the Middle District of Florida is GRANTED.

3.  The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

DONE AND ORDERED this ___12th___ day of ___December___, 2011.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE